1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| STEPHEN HILL, an individual, | Case No. 5:19-CV-00420-JLS-SHK |
|---|---|
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| AUTOZONERS, LLC, a Nevada limited liability company, AUTOZONE INVESTMENT CORPORATION, a Nevada corporation, AUTOZONE PARTS, INC., a Nevada corporation, AUTOZONE, INC., a Nevada corporation, and DOES 1 to 25, inclusive, | Hon. Josephine L. Staton |
| Defendants. | |

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco CA 94104
415.433.1414

ORDER FOR DISMISSAL WITH PREJUDICE

Case No. 5:19-CV-00420 JLS (SHKx)

1 | Pursuant to stipulation and good cause appearing the action is dismissed with prejudice and with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 04/22/2020

JOSEPHINE L. STATON
United States District Court Judge

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco CA 94104
415.433.1414

ORDER FOR DISMISSAL WITH PREJUDICE — 1. — Case No. 5:19-CV-00420 JLS (SHKx)